UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

ALBERT JOHNNY TORRES              )
                                  )
          v.                      )   Civ. No. 05-40018-NMG
                                  )
UNITED STATES                     )

**RESPONDENT'S MOTION TO ENLARGE TIME TO RESPOND TO SECTION 2255**

    Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and hereby moves to enlarge the time to respond to a petition filed in the above-referenced case for relief under 28 U.S.C. § 2255.

    As grounds therefor, the government states as follows:

    1.  Torres pleaded guilty pursuant to a superseding indictment charging him with conspiracy to distribute cocaine base, in violation of 21 U.S.C. § 846, distribution of cocaine base and possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841, and one count of possessing a firearm during and in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c).

    2.  On January 10, 2003, this Court sentenced Torres to 168 months on the drug trafficking counts and a consecutive 60 months on the firearms count.  Torres is serving this sentence.

    3.  Torres appealed and the Court of Appeals for the First Circuit affirmed the judgment.

    4. On January 24, 2005, Torres moved to vacate, set aside,

or correct his sentence, pursuant to 28 U.S.C. § 2255. By order dated April 14, 2005, this Court ordered the government to respond within 20 days of receipt of the Court's Order.

5. Counsel for the government requests an additional 90 days to respond. Counsel has two appellate briefs due in the next four weeks: <u>United States v. Juan Quinones</u>, 03-1061, due on May 6; <u>United States v. Alsenio Samboy</u>, 04-1615 (defendant's brief received on April 29, 2005).

6. In addition, Counsel has trial scheduled in the following three criminal matters: <u>United States v. Tyrone William</u>, 03-40024-FDS, commencing on May 23, 2005; <u>United States v. Alexis Morales</u>, 04-40019-FDS, commencing on June 6, 2005; and, <u>United States v. Eddie Aoude</u>, 03-40013-FDS, commencing on July 18, 2005.

7. Torres is currently serving a sentence of 228 months. The government respectfully submits that allowing this motion will not adversely affect his rights.

8. No prior motion for a continuance has been made.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney

    By:

           <u>/s/David Hennessy</u>
           David Hennessy
           Assistant U.S. Attorney

ss. Worcester

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by U.S. Mail on this 29th day of April, 2005 on Albert Johnny Torres, FCI Fort Dix, P.O. Box 2000, Fort Dix, New Jersey 08640.

                                    /s/David Hennessy
                                    David Hennessy
                                    Assistant U.S. Attorney