1.

The Honorable Nathaniel M. Gorton,   5-18-05
U.S. District Judge.
United States Courts
Donohue Federal Building
595 Main Street, Room 302
Worcester, MA 01608-2076

Dear Judge Gorton,

Subject: Sentence Modification:

Would you please modify my sentence to allow me to serve in The U.S. Marine Corps. All my contacts — U.S. Senators McCain — Warner — The Marine Corps. My unit/case Manager — and my Probation officer Emily Piovoso — each one tells me I can serve in the Marine Corps if I have your Permission.

This is a sincere request from a young U.S. Citizen that has learned his lesson and respects you — our Judicial system — and our country.

2.

I am asking for your approval to allow me the opportunity to serve my country in a meaningful position.

For your use, enclosed is a brief description of myself and my circumstances. God willing, I will appear before you, should you grant my request to serve our country in the U.S. Marines. I look forward to your reply.

Return Address:
F.C.I Fort Dix
P.O. Box 2000 - Unit 5711
Fort Dix, N.J 08640

Sincerely,
Albert Torres
Albert Torres
FED. NO. 80198-038

Attachment

3.

<u>Attachment</u> - This is a brief description of myself and my circumstance. I appeared before you Judge Gorton on Jan 10, 2003.

I am a 24 year old, American Citizen, extremely physically fit, 6'2 - 220 lbs, single and motivated to serve my country — but I need the help that <u>only you can provide</u>.

When I was 19 years old, I sold drugs to support my siblings — mother and grandmother. My father had abandoned my family leaving us in <u>dire</u> circumstances. Of Course, it was a bad decision on my part and I was arrested and convicted at age <u>19</u>. I never personally used drugs of any kind nor did I drink alcohol. Since being incarcerated I have done everything possible to rehabilate myself by going to school and getting my G.E.D, serving as a tutor in the school program, and participating

4.

in the prison outreach - save our youth program.

I need your help and understanding to get into the Marine Corps.

First, I am not asking for a reduction of any kind in my sentence. I am asking to serve for whatever time my service is needed and then return and complete my sentence. I believe in our country and support you and our justice system.

I hope and pray that you will find it in your heart to reach down and let me serve our country. I will serve with honor - obey all orders - and serve in the front lines of IRAQ or anywhere in the world. I will also wash dishes, Humbly, in any mess hall and be thankful for the opportunity to serve.

5.

    In the History of our country, Men of all persuasions and walks of life have appeared and fought, some lost their lives. I am asking for the opportunity to serve my country during this time and lend my hand against the War on Terror that threntens every American and the American way of life.

    Whatever your decision, I will be grateful. I pray you will make me a serving member of the U.S. Marine Corps.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### Probation Office

**JOHN BOCON**
Chief U.S. Probation Officer

595 Main Street, Room 302
Worcester, MA 01608-2076
(508) 793-0210
Fax - (508) 793-0569

May 4, 2005

Albert Torres - Register #80198-038
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Dear Mr. Torres:

This letter is in response to your correspondence received in the probation office on April 20, 2005. Your request for a modification of your sentence must be forwarded directly to The Honorable Nathaniel M. Gorton, U.S. District Judge.

Enclosed, please find a copy of your letter.

Sincerely,

Emily S. Piovoso
United States Probation Officer

cc: The Honorable Nathaniel M. Gorton
　　David Hennessy, AUSA
　　Martin D. Boudreau, Esq.

1.

Emily S. Piovoso  
United state Probation officer  
595 main street, Room 302  
Worcester, MA. 01608-2076

4-14-05

Dear Emily,

Thank you for your letter of March 22, 2005. I am seeking permission from the court to serve in the U.S. Marine Corps. I am not seeking a reduction in my sentence.

The Bureau of Prisons, specifically my case Manager, will not assist me without permission from the court. Would you - or Judge Gorton consider a modification to my sentence - where by I was allowed to serve the Marines for <u>four</u> years and then return and serve out the remainder of my sentence. That would extend my sentence by four years and would constitute a modification which I readily accept.

2.

I am in contact with the U.S. Marines - the BOP - and senator John Warner. They all say they will act but only with the permission of the court.

I will look forward to your reply and I thank you for your consideration.

Mailing Address:
F.C.I Fort Dix
P.O. Box 2000-5711
Fort Dix, NJ 08640

Yours truly,

Albert Torres
Albert Torres
FED. NO. 80198-038