**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**Albert Torres,**</u>
              Petitioner

    V.

<u>United States of America,</u>
              Respondent

CIVIL ACTION

NO. <u>05-40018-NMG</u>

<u>Order of Dismissal</u>
May 9, 2006

<u>Gorton,</u>  D. J.

In accordance with the Court's Memorandum & Order (dated 4/26/06, Docket No. 7) denying Motion to Vacate, Set Aside, or Correct Sentence, it is hereby Ordered petition Dismissed.

**Approved,**

<u>/s/ Nathaniel M. Goroton,</u>
**United States District Judge**

**By the Court,**

<u>/s/ Craig J. Nicewicz</u>
**Deputy Clerk**